| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>DAVID W. SPENCER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 | **FILED**<br>Nov 18, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>A SILVER PONTIAC G6, WITH LICENSE PLATE 8KDH327, VIN #1G2ZH17N974264283<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 279-6679<br><br>IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679<br><br>A White Chevy Equinox, WITH LICENSE PLATE 8KCR028, VIN # 1GNALAEK5EZ129017<br><br>IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 684-4627 | ORDER TO UN-SEAL SEARCH WARRANTS<br><br>2:19-SW-967-EFB<br><br>2:20-SW-046-EFB<br><br>2:20-SW-048-CKD<br><br><br><br><br><br>2:20-SW-055-CKD<br><br>2:20-SW-0084-EFB |

1

| | | |
|---|---|---|
| 1 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 401-0383 | 2:20-SW-0085-EFB |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-684-4627 | 2:20-SW-0087-EFB |
| 6 | | |
| 7 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-401-0383 | 2:20-SW-0088-EFB |
| 8 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | 2:20-SW-0153-CKD |
| 9 | | |
| 10 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | 2:20-SW-0154-CKD |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | A Grey Honda Accord, WITH LICENSE PLATE 7VNN215, VIN #1HGCR2F76HA006332 | 2:20-SW-0155-CKD |
| 15 | | |
| 16 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-0181-CKD |
| 17 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-0182-CKD |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | A WHITE CHEVY EQUINOX, WITH LICENSE PLATE 8KCR028, VIN # 1GNALAEK5EZ129017 | 2:20-SW-0202-AC |
| 22 | | |
| 23 | The person Vin GAINES SR | 2:20-SW-0986-JDP |
| 24 | 2444 Montclair Street Stockton, California | 2:20-SW-0987-JDP |
| 25 | | |
| 26 | 2015 silver Nissan Altima, with California license plate 7PLA458 | 2:20-SW-0988-JDP |
| 27 | | |
| 28 | | |

2

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

Dated: November 18, 2020

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

3